IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZTEC ABSTRACT & TITLE INSURANCE, INC.,
A New Mexico corporation,

        Plaintiff,

v.                                        Cause No. 1:16-CV-00103-KG-KBM

COMMONWEALTH LAND TITLE INSURANCE CO, a
Pennsylvania corporation, MAXUM SPECIALTY GROUP &
MAXUM INDEMNITY COMPANY and LYDICK ENGINEERS &
SURVEYORS, a New Mexico corporation,

        Defendants.

## STIPULATED ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS COMMONWEALTH LAND TITLE INSURANCE CO. and LYDICK ENGINEERS & SURVEYORS

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to Dismiss Claims against Commonwealth Land Title Insurance Co. ("Commonwealth") and Lydick Engineers & Surveyors, the Court having reviewed the Motion, noting concurrence of all parties and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Commonwealth Land Title Insurance Co. are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED,** that Plaintiff's claims against Defendant Lydick Engineers and Surveyors are dismissed without prejudice.

All parties shall bear their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

HUNT & DAVIS, P.C.
　　　　　*/s/ Julie J. Vargas*
Julie J. Vargas
2632 Mesilla St. NE
Albuquerque, NM  87110
julie@huntdavislaw.com

and

LAW OFFICE OF DAVID M. HOULISTON
　　　　　*/s/ David M. Houliston*
David M. Houliston
500 Tijeras Ave. NW
Albuquerque, NM  87102-3133
dmhouliston@gmail.com

**Approved by:**

DIXON SCHOLL CARILLO
　　　　　*/s/ Gerald G. Dixon 3/29/16*
Gerald G. Dixon
P.O. Box 94147
Albuquerque, NM  87199-4147
jdixon@dsc-law.com

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
　　　　　*/s/ Jennifer A. Noya 3/29/16*
Jennifer A. Noya
Alex C. Walker
P.O. Box 2168
Albuquerque, NM  87102-2168
jnoya@modrall.com
acw@modrall.com

MOSES, DUNN, FARMER & TUTHILL, P.C.
　　　　　*/s/ Joseph L. Werntz 3/29/16*
Joseph L. Werntz
P.O. Box 27047
Albuquerque, NM  87125-7047
joe@moseslaw.com