IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AZTEC ABSTRACT & TITLE INSURANCE, INC.,
A New Mexico corporation,

        Plaintiff,

v.                                    Cause No. 1:16-CV-00103-KG-KBM

COMMONWEALTH LAND TITLE INSURANCE CO, a
Pennsylvania corporation, MAXUM SPECIALTY GROUP &
MAXUM INDEMNITY COMPANY and LYDICK ENGINEERS &
SURVEYORS, a New Mexico corporation,

        Defendants.

### ORDER ALLOWING WITHDRAWAL

**THIS MATTER,** having come before the Court on Hunt & Davis, P.C.'s Motion to Withdraw, the Court having reviewed the Motion, noting no opposition from counsel for Defendant Maxum Specialty Group and Maxum Indemnity Company, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Hunt & Davis, P.C. is hereby allowed to withdraw from its representation of Plaintiff in this action.

_____
UNITED STATES DISTRICT JUDGE

1

**Submitted by:**

HUNT & DAVIS, P.C.

*/s/ Julie J. Vargas*
Julie J. Vargas
2632 Mesilla St. NE
Albuquerque, NM  87110
(505) 881-3191
julie@huntdavislaw.com

**Approved by:**

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

*Approved via e-mail 5/2/16 by JAN*
Jennifer A. Noya
Alex C. Walker
P.O. Box 2168
Albuquerque, NM  87102-2168
jnoya@modrall.com
acw@modrall.com


LAW OFFICE OF DAVID M. HOULISTON

*Approved via e-mail 5/2/16 by DMH*
David M. Houliston
500 Tijeras Ave. NW
Albuquerque, NM  87102-3133
david@lawofficesofhw.com

.