IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AZTEC ABSTRACT & TITLE INSURANCE, INC.,
a New Mexico Corporation,

    Plaintiff,

vs.                                             Civ. No. 16-103 KG/KBM

MAXUM SPECIALTY GROUP &
MAXUM INDEMNITY COMPANY,

    Defendants.

## FINAL SUMMARY JUDGMENT

Having granted Maxum's Memorandum Motion for Summary Judgment (Doc. 34) by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Maxum Specialty Group & Maxum Indemnity Company on all of Plaintiff's claims against it (Counts III, IV, and V of the Complaint (Doc. 1-1) at 7);

2. those claims are dismissed with prejudice; and

3. this lawsuit is now terminated.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE